IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADRIAN JIM,

          Plaintiff,

No: 1:20-cv-00618-SCY-JFR

vs.

CORECIVIC OF TENNESSEE, LLC,

          Defendant.

**ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

This matter came before the Court on the Parties' Stipulated Motion for Extension of Time to Answer Complaint ("Motion") (Doc. 07, filed 07/15/2020). The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion is granted and the time for Defendant to respond to Plaintiff's Complaint is hereby extended until August 7, 2020.

_____
MAGISTRATE JUDGE JOHN F. ROBBENHAAR

Submitted by:

LITTLER MENDELSON, P.C.

By: *s/ R. Shawn Oller*
R. Shawn Oller

Attorneys for Defendant

Agreed to:

HODGES & FOTY, L.L.P.

*Approval given July 14, 2020*
Don Foty

Attorneys for Plaintiff