# UNITED STATES DISTRICT COURT
## FOR THE United States District Court – District of New Mexico

Adrian Jim

                Plaintiff,

v.

CoreCivic of Tennessee, LLC

                Defendant.

Case No.: 1:20−cv−00618−JB−JFR
Magistrate Judge John F. Robbenhaar

## SCHEDULING ORDER

      Pursuant to Fed. R. Civ. P.16, the court having conferred with counsel, **IT IS HEREBY ORDERED:**

s/ District Judge James O. Browning
United States District Judge

September 23, 2020