IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ADRIAN JIM, on Behalf of Himself and on )
Behalf of All Others Similarly Situated, )
                                         )
        Plaintiff, )
                                         )
   v.                            )     No. 1:20-cv-00618-SCY-JFR
                                         )
CORECIVIC OF TENNESSEE, LLC,    )
                                         )
        Defendant. )
                                         )

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO TRANSFER VENUE**

BEFORE THE COURT is the Plaintiff's Unopposed Motion for Extension of Time to File

his Response to Defendant's Motion to Transfer Venue. The Court finds good cause for the

requested extension and GRANTS Motion.

Therefore, the deadline for Plaintiff to file his Response to Defendant's Motion to Transfer

Venue is December 8, 2020.

It is so ORDERED.

11/30/2020
_____
Date

_____
United States District Judge