**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ADRIAN JIM, *on behalf of himself and others*
*similarly situated*,

       Plaintiff,

vs.                                        No. CIV 20-0618 JB/JFR

CORECIVIC OF TENNESSEE, LLC,

       Defendant.

**ORDER**[1]

**THIS MATTER** comes before the Court on the Defendant's Motion to Transfer, filed November 16, 2020 (Doc. 26)("Motion"). The Court held a hearing on December 22, 2020. See Clerk's Minutes, filed December 22, 2020 (Doc. 38). The primary issue is whether the Court should transfer this case to the United States District Court for the Middle District of Tennessee, because the Plaintiff's counsel filed an action making similar allegations against the same Defendant in the Middle District of Tennessee. The Court denies the Motion for two reasons. First, the first-to-file rule does not govern this case, because the case presents a different controversy with different parties than the case in the Middle District of Tennessee. See Buzas Baseball, Inc. v. Bd. of Regents of Univ. Sys. of Georgia, 189 F.3d 477, at *2 (10th Cir. 1999)(table); Transcript of December 22, 2020 Hearing at 26:2-5("Tr.")[2]("We're going to define our class in this case to specifically exclude anybody who opted in to the Ballard case.")(Foty); id. at 38:7-11 ("[Y]ou're not going to have people litigating in both cases. They will just have to choose one.")(Court). Second, the discretionary factors governing change of venue under 28 U.S.C. § 1404 do not weigh in favor of transferring, because Plaintiff Adrian Jim filed this case in the District of New Mexico, see Complaint at 1, filed June 25, 2020 (Doc. 1), and Defendant CoreCivic of Tennessee, LLC, does business in New Mexico, See Emps. Mut. Cas. Co. v. Bartile Roofs, Inc., 618 F.1153, 1167 (10th Cir. 2010); United States ex rel. Browning Minn. Tank Co. v. Kinley Const. Co., No. CIV-11-0291 JB/LFG, 816 F. Supp. 1139, 1149 (D.N.M. 2011)(Browning,

---

[1]This Order disposes of the Defendant's Motion to Transfer, filed November 16, 2020 (Doc. 26). The Court will issue a Memorandum Opinion at a later date fully detailing its rationale for its decision.

[2]The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

J.).  See also Tr. at 3:5-8 ("It seems to me that a corporation can be sued in a lot of states, all 50 states, and maybe more, and they bring state law claims against a defendant and they've just got to deal with it.")(Court).

**IT IS ORDERED** that the Defendant's Motion to Transfer, filed November 16, 2020 (Doc. 26), is denied.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Anthony J. Lazzaro
Chastity Christy
Lori Griffin
The Lazzaro Law Firm, L.L.C.
Moreland Hills, Ohio

--and--

Hans Nilges
Nilges Draher, L.L.C.
Massillon, Ohio

--and--

Don Foty
Hodges & Foty, L.L.P.
Houston, Texas

 *Attorneys for the Plaintiffs*

Christian Angotti
Robert W. Pritchard
Littler Mendelson, P.C.
Pittsburg, Pennsylvania

--and--

Robert Shawn Oller
Littler Mendelson, P.C.
Phoenix, Arizona

 *Attorneys for the Defendant*