# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ADRIAN JIM, *on Behalf of Himself and*
*on Behalf of All Others Similarly Situated*,

      Plaintiff,

v.                                                                     No. 1:20-cv-00618-DHU-JFR

CoreCivic of Tennessee, LLC,

      Defendant.


## ORDER

      This matter is before the Court *sua sponte*. On December 6, 2021, the parties filed a Joint Waiver of Rule 16 Scheduling Conference (ECF No. 43) in which they represented that they "negotiated an amicable resolution in this matter," that they were drafting settlement papers, and that Plaintiff expected filing "a motion for approval of the settlement with 60 days of this waiver, or on or before February 4, 2022." *Id*. To date, no such motion has been filed. Within fourteen (14) days of entry of this Order, the parties will submit a Joint Status Report explaining the status of their resolution.

      **IT IS SO ORDERED**.


                                          _____

                                          HON. DAVID H. URIAS
                                          UNITED STATES DISTRICT JUDGE