**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| ADRIAN JIM, on Behalf of Himself and on Behalf of All Others Similarly Situated, </br></br>  Plaintiff, </br></br> v. </br></br> CORECIVIC OF TENNESSEE, LLC, </br></br>  Defendant. | Civil Action No. 1:20-cv-00618-DHU-JFR |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Before the COURT is NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

A. All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

B. The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C. The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the PARTIES and the CLASS MEMBERS, and that it should be and hereby is approved. Likewise, the determination of the individual payments as set forth in the AGREEMENT is approved as a fair, equitable, and reasonable allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT. Accordingly, the AGREEMENT which provides for a total settlement of $800,000.00 is hereby approved in

accordance with the Fair Labor Standards Act and New Mexico Minimum Wage Act, and it shall be administered in accordance with its terms.

E. The COURT finds the following payments identified in the AGREEMENT to be fair and reasonable and are approved:

1. the ATTORNEY'S FEES PAYMENT of $266,666.67,

2. the CLASS ADMINISTRATIVE COSTS of $7,941.92,

3. the ATTORNEY'S EXPENSES PAYMENT of $4,349.93, and

4. the SERVICE PAYMENT ALLOCATION of $5,000.00.

F. The Court finds the release identified in the AGREEMENT to be fair and reasonable and is approved.

G. The Court finds the Class Notice and Claim Form to be fair and reasonable and they are approved.

H. The deadline for the submission of timely and valid Claim Forms is 88 days from the date this Order is signed.

I. Therefore, the SETTLEMENT is APPROVED and this APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFF and all members of the FINAL SETTLEMENT CLASS and DEFENDANT.

**IT IS SO ORDERED.**

DATE: ___May 18, 2022_____   _____
**DAVID H. URIAS**
**UNITED STATES DISTRICT JUDGE**